Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for DORIS KAELIN,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MARK WU,<br><br>Debtor. | Case No. 22-50074 MEH<br>Chapter 7<br><br>**APPLICATION FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY COUNSEL FOR CHAPTER 7 TRUSTEE**<br><br>Date: August 25, 2022<br>Time: 10:00 a.m.<br>Place: 280 South First Street<br>Hon. M. Elaine Hammond,<br>Courtroom 11<br>San Jose, CA 95113 |

This Application is submitted pursuant to the *Guidelines for Compensation and Expense Reimbursement of Professional and Trustees* adopted by the United States Bankruptcy Court for the Northern District of California.

1. Date of Filing of Case: January 28, 2022

2. Name of Trustee: Doris Kaelin

3. Present Balance on Hand: $12,947.53

4. Appointment of Applicant: March 29, 2022
   (effective as of March 23, 2022)

5. Time Period of Application: March 25, 2022 – August 2, 2022

| | | | |
|---|---|---|---|
| 1 | 6. | Hourly Rate of Professionals: | $550 |
| 2 | 7. | Total Hours in this Application: | 8.40 |
| 3 | 8. | Fees Requested: | $4,620 |
| 4 | 9. | Costs Requested: | $23.56 |
| 5 | 10. | Total Fees and Costs Requested: | $4,643.56 |

**Background**

The Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code on January 28, 2022. After the case had been pending for approximately two months, the Trustee engaged Applicant to assist her in the administration of the case. Specifically, the Trustee had been seeking, without success, turnover of approximately $12,973 of non-exempt funds from the Debtor. Applicant had repeated communications with Debtor's counsel seeking delivery of the non-exempt funds to the Trustee. These efforts, however, were not successful.

On May 5, 2022, at the Trustee's request, Applicant drafted, filed and served an *ex parte* application, declaration and lodged a form of order pursuant to Bankruptcy Code § 521 requiring the Debtor to turn over the non-exempt proceeds to the Trustee. The Court entered the order. Notwithstanding the entry of the Section 521 order, the Debtor did not deliver the funds to the Trustee. Applicant assisted the Trustee over the course of several weeks and ultimately secured turnover of the funds.

In the interim, additional claims were filed against the Debtor's estate, which required the Trustee to liquidate additional non-exempt assets, including two motor vehicles registered in the name of the Debtor's non-debtor spouse. These vehicles were community property assets and therefore property of the estate pursuant to Bankruptcy Code § 541. Applicant assisted the Trustee by contacting Debtor's counsel demanding turnover of one of the Mercedes Benz vehicles. Concurrently, Applicant, at the Trustee's request, assisted the Trustee in obtaining Court authorization to engage an auctioneer for the estate to auction the vehicles.

During this same time period, the Office of the United States Trustee filed a motion to dismiss the Debtor's case pursuant to Bankruptcy Code § 707(b). During a call in early July 2022, counsel for the Debtor informed Applicant that the Debtor would not oppose the motion and that he

did not oppose the use of the non-exempt funds that the Trustee had in her possession being used to pay the administrative expenses of the estate.

On July 27, 2022, Applicant appeared, by phone, at the hearing on the Office of the United States Trustee's motion to dismiss the case under Bankruptcy Code § 707(b). At that hearing, Debtor's counsel acknowledged that his client had no opposition to the dismissal of the case and was made aware, again, of Applicant's and the Trustee's intent to file applications for compensation with payment to be made from the non-exempt funds retained by the Trustee.

DATED: August 2, 2022      RINCON LAW LLP

By:    /s/ Gregg S. Kleiner
GREGG S. KLEINER
Counsel for DORIS KAELIN,
Trustee in Bankruptcy

# CERTIFICATION

I, Gregg Kleiner, declare as follows:

1. I am a Partner with the law firm of Rincon Law LLP ("Applicant").

2. I am the attorney principally responsible for the representation of the Trustee in this case, and directly supervised the professionals, paraprofessionals, and staff of Applicant with respect to this representation. I make this Declaration based upon my personal knowledge and review of invoices and documents in this case.

3. I am familiar with and have read the above application and the facts therein are true to my knowledge and belief. The copies of the billing statements are true and correct copies of the Applicant's billing statements for this case.

4. Applicant has not been paid or promised any compensation from any other source for services rendered in connection with this case.

5. Applicant has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case.

6. To the best of my knowledge, information and belief, the compensation and expense reimbursement sought herein is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professional and Trustees for the United States Bankruptcy Court for the Northern District of California, except to the extent set forth in the application.

7. This application is submitted in accordance with the Guidelines for Compensation and Expense Reimbursement of Professional and Trustees for the United States Bankruptcy Court for the Northern District of California.

8. The compensation and expenses sought herein were billed at rates no less favorable than those customarily billed by Applicant and generally accepted by Applicant's clients.

I declare under penalty of perjury that the foregoing is true and correct and that this certification was executed this 2nd day of August 2022 in San Francisco, California.

                                        */s/ Gregg S. Kleiner*
                                        GREGG S. KLEINER

Mark Wu, Chapter 7 Debtor  
Doris Kaelin, Chapter 7 Trustee  
P.O. Box 1582  
Santa Cruz, CA 95061

August 02, 2022

Invoice No.     1591

Professional Services

| | | | Hours | Amount |
|---|---|---|---:|---:|
| **1 Administration** | | | | |
| 3/25/2022 | GSK | Review Schedules and Statement of Affairs and amendments (.30); Email to Trustee regarding financial accounts (.10) | 0.40 | 220.00 |
| | GSK | Draft application, declaration and order to employ Rincon Law as Trustee's counsel (.20) | 0.20 | 110.00 |
| 4/13/2022 | GSK | Review email from Trustee re case issues and respond (.10) | 0.10 | 55.00 |
| 4/27/2022 | GSK | Call from Trustee re case issues (.10) | 0.10 | 55.00 |
| 4/28/2022 | GSK | Review and respond to email to Trustee re turnover of assets (.10); Review file and email to debtor's counsel demanding turnover of assets and documents (.20); Review and respond to email to Mr. Michael Vu re turnover of non-exempt funds (.10) | 0.40 | 220.00 |
| 4/29/2022 | GSK | Review and respond to email to Mr. Vu regarding demand for turnover of non-exempt funds (.10); Email to and from Trustee re case administration (.10) | 0.20 | 110.00 |
| 5/3/2022 | GSK | Call from Trustee re demands made to debtor (.10) | 0.10 | 55.00 |
| 5/4/2022 | GSK | Review file and begin drafting Section 521 application (.70) | 0.70 | 385.00 |
| 5/5/2022 | GSK | Review Trustee's annotations to Section 521 application (.10); Review additional email sent to debtor's counsel and revise application (.30); draft Trustee's declaration (.30); draft Kleiner declaration (.20); draft order (.20); locate/organize attachments to declarations (nc) | 1.10 | 605.00 |
| 5/6/2022 | GSK | Review entered order re Section 521 order and email to debtor's counsel (.10) | 0.10 | 55.00 |
| 5/16/2022 | GSK | Review and respond to email to Trustee re Section 521 Order (.10) | 0.10 | 55.00 |
| 5/19/2022 | GSK | Call with Trustee regarding outcome of Section of 341 (.20); Email to debtor's counsel re section 521 Order (.10) | 0.30 | 165.00 |
| 6/1/2022 | GSK | Review notice from United States Trustee's office re 707b finding - email to Trustee (.10) | 0.10 | 55.00 |

|  |  | Hours | Amount |
|---|---|---:|---:|
| 6/9/2022 GSK | Review email from debtor's counsel re payment of sums under Section 521 order and respond (.10) | 0.10 | 55.00 |
| 6/21/2022 GSK | Email to and from Trustee re Section 521 order (.10) | 0.10 | 55.00 |
| 6/28/2022 GSK | Review portions of United States Trustee motion to dismiss chapter 7 case (.50); call from Trustee (.20); Review file and email to debtor's counsel re motion to dismiss (.20) | 0.90 | 495.00 |
| 7/7/2022 GSK | Review file and motion to dismiss from United States Trustee and draft limited opposition to motion (.90); Email to Trustee (nc) | 0.90 | 495.00 |
| 7/8/2022 GSK | Call from Trustee re motion to dismiss (.10) | 0.10 | 55.00 |
| 7/11/2022 GSK | Review Trustee comments limited objection and finalize (.20) | 0.20 | 110.00 |
| 7/12/2022 GSK | Call from Trustee re debtor vehicles (.10); Review file and begin drafting application, declaration and order to employ auctioneer (.40); Emails to and from Trustee (.10); email to auctioneer re employment application (nc) | 0.60 | 330.00 |
| 7/14/2022 GSK | Review entered auctioneer order and draft detailed email to debtor's counsel re auction of vehicles and surrender of same to Trustee (.20) | 0.20 | 110.00 |
| 7/15/2022 GSK | Call from Mr. Vu re USTs motion to dismiss and disposition of vehicles (.20); Review file and detailed email to Mr. Vu re same (.10); Review and respond to email to Trustee (.10) | 0.40 | 220.00 |
| 7/27/2022 GSK | Call with trustee re motion to dismiss (.10); call with trustee and Ms. Rofael, UST's Office re motion to dismiss (.20) | 0.30 | 165.00 |
| 7/28/2022 GSK | Appear at hearig on UST motion to dismiss case under Section 707(b) (.40); Call with Trustee (nc) | 0.40 | 220.00 |
| 8/1/2022 GSK | Review file and draft fee application and notice of hearing (.30) | 0.30 | 165.00 |
|  | SUBTOTAL: | [ 8.40 | 4,620.00] |
|  | For professional services rendered | 8.40 | $4,620.00 |
|  | Additional Charges : |  |  |
| 8/2/2022 | Postage for fee notice |  | 17.36 |
|  | Copies for fee notice #31 |  | 6.20 |
|  | Total additional charges |  | $23.56 |
|  | Total amount of this bill |  | $4,643.56 |
|  | Balance due |  | $4,643.56 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| GREGG S KLEINER | 8.40 | 550.00 | $4,620.00 |

## TRUSTEE'S STATEMENT RE REVIEW OF FEE APPLICATION

I, Doris Kaelin, hereby certify that I have read the foregoing fee application of Rincon Law LLP, attorneys for me as Trustee in the bankruptcy case of Mark Wu, Case No. 22-50074 MEH, and I have no objections to the fee application or the fees and costs requested herein.

Dated: August 2, 2022

*Doris Kaelin*
Doris Kaelin, Chapter 7 Trustee